**IT IS HEREBY ADJUDGED and DECREED this is DENIED.**

Dated: March 29, 2010



_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge
_____

# TIFFANY & BOSCO
### P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26145

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:09-BK-25298-EWH |
| Sherrie Lynn Petranovich and Richard Marvin Petranovich | Chapter 13 |
| Debtors. | ORDER |
| Wells Fargo Bank, N.A.<br>Movant,<br>vs.<br>Sherrie Lynn Petranovich and Richard Marvin Petranovich, Debtors, Dianne C. Kerns, Trustee.<br>Respondents. | (Related to Docket #26) |

Movant's Amended Motion for Relief from the Automatic Stay and Amended Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

property which is further described as:

> Lot 124, PARCEL 10 at CIRCLE CROSS RANCH, according to the Plat of Record in the Office of the County Recorder of Pinal County, Arizona, Recorded in Cabinet F, Slide 107.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

